# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th  day of April, two thousand and fourteen,

_____

In the Matter of: Lehman Brothers Inc.,

          Debtor.

------------------------------------------------------------

CarVal UK Limited, as manager of CVF Lux Master S.a.r.l, the assignee of Doral Bank and Doral Financial Corporation, Hudson City Savings Bank,

          Claimants - Appellants,

v.

James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.,

          Appellee,

_____

**ORDER**
Docket No: 14-890

Counsel for APPELLANT Hudson City Savings Bank, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 27, 2014 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before June 27, 2014. The appeal is dismissed effective June 27, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

